Prob 22 (VAE Rev. 4/13)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER (Tran. Court)**
3:17CR00145

**DOCKET NUMBER (Rec. Court)**
19 CRIM 512

| NAME AND ADDRESS OF SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Mamadou Bah | EASTERN DISTRICT OF VIRGINIA | Richmond |
| | NAME OF SENTENCING JUDGE | |
| | Robert E. Payne | |
| | DATES OF SUPERVISED RELEASE: FROM 3/19/2019 TO 3/18/2022 | |

[SDNY DOCUMENT ELECTRONICALLY FILED — FILED: JUL 17 2019]

**OFFENSE:**

Count 1: Conspiracy to Commit Bank Fraud in violation of 18 U.S.C. § 1349, a Class B felony.

Count 2: Access Device Fraud, in violation of 18 U.S.C. § 1029(a)(3), a Class C felony.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **EASTERN DISTRICT OF VIRGINIA**

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the SOUTHERN DISTRICT OF NEW YORK upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

July 2, 2019      /s/ REP
Date      Robert E. Payne
     Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN DISTRICT OF NEW YORK – NEW YORK DIVISION**

    IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUL 5 2019      Kevin Nathaniel Fox
Effective Date      United States District Judge / Magistrate

JUDGE ABRAMS